**UNITED STATES BANKRUPTCY COURT**

In re  North Park Terrace Apts. V, Ltd.  , Debtor        Case No. 10-45828-dml-11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Comerica Bank**<br>P. O. Box 641618<br>Detroit, MI 48264 | 877.394.7267 | **Bank Loan** | | **$77,500.00** |
| **Frank, Rimerman & Co.**<br>1801 Page Mill Road<br>Palo Alto, CA 94304 | 650.845.8100 | **Trade Debt** | | **$27,675.35** |
| **Glacier Commercial Realty, LP**<br>2100 Greenwood Drive, #100<br>Southlake, TX 76092 | 817.849.8282 | **Trade Debt** | | **$13,883.42** |
| **Swearington Realty Group**<br>5950 Berkshire Lane, #700<br>Dallas, TX 75225 | 214.365.2700 | **Trade Debt** | | **$9,644.47** |
| **Shady Oaks Landscape**<br>c/o Shawn Morris<br>P. O. Box 270308<br>Flower Mound, TX 75027 | 972.539.7919 | **Trade Debt** | | **$5,162.35** |
| **TXU Energy**<br>P. O. Box 650764<br>Dallas, TX 75265 | 972.791.2830 | **Utility** | | **$4,917.17** |
| **Last Office on the Left, Inc.**<br>Ms. Lee Ann Taylor<br>302 Bayless Drive<br>Euless, TX 76040 | 817.925.5836 | **Trade Debt** | | **$3,328.71** |
| **Southmayd Construction, Inc.**<br>Mr. John Roman<br>P. O. Box 30<br>Southmayd, TX 76268 | 214.535.3405 | **Trade Debt** | | **$2,479.99** |

In re  **North Park Terrace Apts. V, Ltd.**  , Debtor    Case No._____

## List of Creditors Holding 20 Largest Unsecured Claims
## Page 2 of 3

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Aimsco**<br>**3200 Earhart Drive**<br>**Carrollton, TX 75006** | 214.905.3200 | **Trade Debt** | | **$1,705.40** |
| **Verizon Southwest**<br>**P. O. Box  920041**<br>**Dallas, TX 75392** | 800.483.5700 | **Utility** | | **$1,270.91** |
| **Stripe-a-Zone**<br>**2714 W. Sherman**<br>**Grand Prairie, TX 75051** | 972.780.0301 | **Trade Debt** | | **$1,022.96** |
| **Dallas Security Systems, Inc.**<br>**P. O. Box 550939**<br>**Dallas, TX 75355** | 214.553.6103 | **Trade Debt** | | **$1,003.48** |
| **Republic Services**<br>**1212 Harrison Ave.**<br>**Arlington, TX 76011** | 817.317.2000 | **Utility** | | **$979.20** |
| **City of Southlake - Water Utilities**<br>**1400 Main Street, Suite 200**<br>**Southlake, TX 76092** | 817.748.8051 | **Utility** | | **$901.31** |
| **Allied Waste Services**<br>**6100 Elliot Reeder Road**<br>**Fort Worth, TX 76117** | 817.322.7301 | **Utility** | | **$278.52** |
| **Thyssenkrup Elevator**<br>**P. O. Box 933004**<br>**Altanta, Ga 31193** | 817.922.9590 | **Trade Debt** | | **$270.63** |
| **CoServ Electric**<br>**7701 S. Stemmons**<br>**Corinth, TX 76210** | 940.321.7800 | **Utility** | | **$255.92** |
| **Tiger Lillie**<br>**Ms. Lyn Murphy**<br>**7036 Rosebrook**<br>**Colleyville, TX 76034** | 817.807.0815 | **Trade Debt** | | **$236.69** |
| **BWS Fire Systems, Inc.**<br>**Mr. Bryan Scars**<br>**1865 McGee Lane, Suite B**<br>**Lewisville, TX 75077** | 972.906.8030 | **Trade Debt** | | **$215.60** |

**In re   North Park Terrace Apts. V, Ltd.  , Debtor    Case No._____**

**List of Creditors Holding 20 Largest Unsecured Claims**
**Page 3 of 3**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Grande Communications**<br>**500 Tittle Road, #400**<br>**Lewisville, TX 75056** | **866.314.4880** | **Trade Debt** | | **$168.28** |

### DECLARATION UNDER PENALTY OF PERJURY

I, Charlie McCrory, the general partner of North Park Terrace Apts. V., Ltd, the limited partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.


Date:   September 2, 2010                    **North Park Terrace Apts. V, Ltd., Debtor**

                                              By:      */s/ Charles McCrory*
                                                       Charles McCrory

                                              Title:   General Partner